ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Day & Zimmermann Hawthorne Corporation | ) ASBCA No. 59033 |
| | ) |
| Under Contract No. DAAA09-99-D-0022 | ) |

APPEARANCE FOR THE APPELLANT:        Hal J. Perloff, Esq.
          Husch Blackwell LLP
          Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
          Army Chief Trial Attorney
          MAJ Nancy J. Lewis, JA
          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59033, Appeal of Day & Zimmermann Hawthorne Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals